■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY KALSON, Appellant. [601 NYS2d 878] —Judgment unanimously affirmed. Same Memorandum as in *People v Sargent* (195 AD2d 987 [decided herewith]). (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.